UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

──────────────────────────────── x
NECA-IBEW HEALTH & WELFARE FUND, : Civil Action No. 1:08-cv-10783-MGC
Individually and On Behalf of All Others :
Similarly Situated, : "ECF Case"
 :
        Plaintiff, : CLASS ACTION
 :
    vs. :
 :
GOLDMAN, SACHS & CO., et al., :
 :
        Defendants. :
 :
──────────────────────────────── x
 :
POLICE AND FIRE RETIREMENT SYSTEM : Civil Action No. 10 Civ. 4429-MGC
OF THE CITY OF DETROIT, Individually :
and On Behalf of All Others Similarly Situated, : "ECF Case"
 :
        Plaintiff, : CLASS ACTION
 :
    vs. :
 :
GOLDMAN, SACHS & CO., et al., :
 :
        Defendants. :
 :
──────────────────────────────── x

NOTICE OF MOTION FOR (1) PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT; (2) CERTIFICATION OF SETTLEMENT CLASS;
(3) DISSEMINATION OF NOTICE; AND (4) SCHEDULING
FINAL APPROVAL HEARING

1064725_1

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Plaintiffs, NECA-IBEW Health & Welfare Fund and Police and Fire Retirement System of the City of Detroit, will move the Court, before the Honorable Miriam Goldman Cedarbaum, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and at such time as may be designated by the Court, for an order granting preliminary approval of the proposed settlement of these class actions, pursuant to Federal Rule of Civil Procedure 23(e), directing that notice be sent to all Settlement Class Members and summary notice to be published, and setting a hearing for final approval. This motion is based on the Stipulation and Agreement of Settlement and the exhibits annexed thereto, and Plaintiffs' Memorandum of Law in Support of Motion for (1) Preliminary Approval of Class Action Settlement; (2) Certification of Settlement Class; (3) Dissemination of Notice; and (4) Scheduling Final Approval Hearing.

DATED: August 13, 2015

ROBBINS GELLER RUDMAN
  & DOWD LLP
ARTHUR C. LEAHY
THOMAS E. EGLER
SUSAN G. TAYLOR
LUCAS F. OLTS
SUSANNAH R. CONN
ANGEL P. LAU
JENNIFER N. CARINGAL

s/ Lucas F. Olts
LUCAS F. OLTS

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

- 1 -

1064725_1

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

Lead Counsel for Plaintiffs

CAVANAGH & O'HARA
PATRICK J. O'HARA
407 East Adams Street
Springfield, IL  62701
Telephone:  217/544-1771
217/544-9894 (fax)

Additional Counsel for Plaintiffs

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 13, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 13, 2015.

s/ Lucas F. Olts<br>
LUCAS F. OLTS<br>
<br>
ROBBINS GELLER RUDMAN<br>
  &amp; DOWD LLP<br>
655 West Broadway, Suite 1900<br>
San Diego, CA  92101-8498<br>
Telephone:  619/231-1058<br>
619/231-7423 (fax)<br>
<br>
E-mail:   lolts@rgrdlaw.com

1064725_1

## Mailing Information for a Case 1:08-cv-10783-MGC

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Matthew I. Alpert**
  malpert@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jennifer Nunez Caringal**
  jcaringal@rgrdlaw.com

- **Joanna Ka Wai Chan**
  jchan@cohengresser.com,managingclerksoffice@cohengresser.com

- **Susannah R Conn**
  sconn@rgrdlaw.com,MAlbert@rgrdlaw.com

- **Courtland W. Creekmore**
  courtland.creekmore@gmail.com

- **Christopher James Dunne**
  dunnec@sullcrom.com,s&cmanagingclerk@sullcrom.com,martelj@sullcrom.com

- **Theodore Edelman**
  edelmant@sullcrom.com,holtzmanb@sullcrom.com,pierrej@sullcrom.com,Bellwarej@sullcrom.com,katzmand@sulllcrom.com,Trapsl@sullcrom.com,Rabinl@sullcrom

- **Thomas Edward Egler**
  tome@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Lawrence Thomas Gresser**
  ltgresser@cohengresser.com,managingclerksoffice@cohengresser.com

- **Evan Jay Kaufman**
  ekaufman@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Richard Howard Klapper**
  klapperr@sullcrom.com,josepht@sullcrom.com,Bellwarej@sullcrom.com,gottliebal@sullcrom.com,Trapsl@sullcrom.com,cedenom@sullcrom.com,s&cmanagingclerk

- **Lawrence Paul Kolker**
  kolker@whafh.com

- **Maya Krugman**
  krugmanm@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Angel P. Lau**
  alau@rgrdlaw.com

- **Arthur C. Leahy**
  artl@rgrdlaw.com

- **Nathan R. Lindell**
  nlindell@rgrdlaw.com

- **Ryan A. Llorens**
  ryanl@rgrdlaw.com,SBierl@rgrdlaw.com

- **L. Dana Martindale**
  dmartindale@rgrdlaw.com

- **Ivy T. Ngo**
  ingo@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Lucas F. Olts**
  lolts@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **D. Andrew Pietro**
  pietroda@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Nathaniel P. T. Read**
  NRead@CohenGresser.com,managingclerksoffice@cohengresser.com,ecf-67ec60b93076@ecf.pacerpro.com

- **David Maxwell Rein**
  reind@sullcrom.com,druckj@sullcrom.com,s&cmanagingclerk@sullcrom.com,pierrej@sullcrom.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Patrice Alecia Rouse**
  rousep@sullcrom.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Scott H. Saham**
  scotts@rgrdlaw.com,karenc@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Denis Francis Sheils**
  dsheils@kohnswift.com

- **Gerald H. Silk**
  jerry@blbglaw.com,errol.hall@blbglaw.com,ross@blbglaw.com

- **Susan G. Taylor**
  susant@rgrdlaw.com

- **Michael Thomas Tomaino , Jr**
  tomainom@sullcrom.com,s&cmanagingclerk@sullcrom.com,pierrej@sullcrom.com,katzmand@sulllcrom.com

- **Harsh Nayan Trivedi**
  s&cmanagingclerk@sullcrom.com,gilmorek@sullcrom.com,trivedih@sullcrom.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`