UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

NECA-IBEW HEALTH & WELFARE FUND, :
Individually and On Behalf of All Others
Similarly Situated,

              Plaintiff,

    vs.

GOLDMAN, SACHS & CO., et al.,

             Defendants.

———————————————————— x

Civil Action No. 1:08-cv-10783-MGC

"ECF Case"

<u>CLASS ACTION</u>

PLAINTIFF'S NOTICE OF MOTION AND
MOTION FOR CLASS CERTIFICATION
AND APPOINTMENT OF CLASS
REPRESENTATIVE AND CLASS
COUNSEL

*The motion is denied as moot.*

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

1/13/16

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-14-16

1015399_1

PLEASE TAKE NOTICE that Plaintiff NECA-IBEW Health & Welfare Fund ("NECA") will and hereby does move this Court on August 13, 2015, or at such other time as the Court may order, in Courtroom 14A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, for an order (1) certifying this matter as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3), (2) appointing Plaintiff NECA as Class Representative, and (3) appointing Robbins Geller Rudman & Dowd LLP as Class Counsel.

This Motion is based upon the instant Motion, the Memorandum of Law in support thereof, the pleadings and other files herein, and such other written or oral arguments as may be permitted by the Court. Oral argument is requested.

DATED: March 23, 2015

ROBBINS GELLER RUDMAN & DOWD LLP
ARTHUR C. LEAHY
THOMAS E. EGLER
SUSAN G. TAYLOR
LUCAS F. OLTS
SUSANNAH R. CONN
ANGEL P. LAU
JENNIFER N. CARINGAL

s/ LUCAS F. OLTS
LUCAS F. OLTS

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

- 1 -

ROBBINS GELLER RUDMAN & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

Lead Counsel for Plaintiff

CAVANAGH & O'HARA
PATRICK J. O'HARA
407 East Adams Street
Springfield, IL  62701
Telephone:  217/544-1771
217/544-9894 (fax)

Additional Counsel for Plaintiff

- 2 -

1015399_1

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 23, 2015.

s/ LUCAS F. OLTS
LUCAS F. OLTS

ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:  lolts@rgrdlaw.com

1015399_1

# Mailing Information for a Case 1:08-cv-10783-MGC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Matthew I. Alpert**
  malpert@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jennifer Nunez Caringal**
  jcaringal@rgrdlaw.com,karenc@rgrdlaw.com

- **Joanna Ka Wai Chan**
  jchan@cohengresser.com,managingclerksoffice@cohengresser.com

- **Susannah R Conn**
  sconn@rgrdlaw.com

- **Courtland W. Creekmore**
  ccreekmore@scalaw.com,cdavis@scalaw.com

- **Christopher James Dunne**
  dunnec@sullcrom.com,s&cmanagingclerk@sullcrom.com,martelj@sullcrom.com

- **Theodore Edelman**
  edelmant@sullcrom.com,holtzmanb@sullcrom.com,pierrej@sullcrom.com,Bellwarej@sullcrol

- **Thomas Edward Egler**
  tome@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Lawrence Thomas Gresser**
  ltgresser@cohengresser.com,managingclerksoffice@cohengresser.com

- **Evan Jay Kaufman**
  ekaufman@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Richard Howard Klapper**
  klapperr@sullcrom.com,josepht@sullcrom.com,Bellwarej@sullcrom.com,gottliebal@sullcrom

- **Lawrence Paul Kolker**
  kolker@whafh.com

- **Maya Krugman**
  krugmanm@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Angel P. Lau**
  alau@rgrdlaw.com

- **Arthur C. Leahy**
  artl@rgrdlaw.com

- **Nathan R. Lindell**
  nlindell@rgrdlaw.com

- **Ryan A. Llorens**
  ryanl@rgrdlaw.com,SBierl@rgrdlaw.com

- **L. Dana Martindale**
  dmartindale@rgrdlaw.com

- **Ivy T. Ngo**
  ingo@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Lucas F. Olts**
  lolts@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **D. Andrew Pietro**
  pietroda@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Nathaniel P. T. Read**
  NRead@CohenGresser.com,managingclerksoffice@cohengresser.com

- **David Maxwell Rein**
  reind@sullcrom.com,druckj@sullcrom.com,s&cmanagingclerk@sullcrom.com,pierrej@sullcrc

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Patrice Alecia Rouse**
  rousep@sullcrom.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.con

- **Scott H. Saham**
  scotts@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Denis Francis Sheils**
  dsheils@kohnswift.com

- **Gerald H. Silk**
  jerry@blbglaw.com,errol.hall@blbglaw.com,ross@blbglaw.com

- **Susan G. Taylor**
  susant@rgrdlaw.com

- **Michael Thomas Tomaino , Jr**
  tomainom@sullcrom.com,s&cmanagingclerk@sullcrom.com,pierrej@sullcrom.com,katzmando

- **Harsh Nayan Trivedi**
  s&cmanagingclerk@sullcrom.com,gilmorek@sullcrom.com,trivedih@sullcrom.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)