UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
NECA-IBEW HEALTH & WELFARE FUND,         :
Individually and On Behalf of All        :
Others Similarly Situated                :
                                         :
                      Plaintiff,         :    08-cv-10783 (LAP)
                                         :
     -against-                           :    CLASS ACTION
                                         :
GOLDMAN, SACHS & CO., et al.,            :
                                         :
                      Defendants.        :
------------------------------------x
POLICE AND FIRE RETIREMENT SYSTEM        :
OF THE CITY OF DETROIT, Individually     :
and On Behalf of All Others              :
Similarly Situated                       :
                                         :
                      Plaintiff,         :    10-cv-4429 (LAP)
                                         :
     -against-                           :    CLASS ACTION
                                         :
GOLDMAN, SACHS & CO., et al.,            :
                                         :
                      Defendants.        :
------------------------------------x

LORETTA A. PRESKA, Chief U.S.D.J.:

The settlement hearing previously scheduled in this matter for April 13, 2016 at 10:00 a.m. has been rescheduled to May 2, 2016 at 12:00 p.m. The parties are directed to appear in Courtroom 12A, United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: March 28, 2016

LORETTA A. PRESKA
Chief United States District Judge